SAMMIE MOORE V. THE STATE.

No. 22218. Delivered June 17, 1942.

The opinion states the case.

*R. C. Wilson* and *Audley Harris,* both of Austin, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

Misdemeanor theft is the offense; the punishment, confinement in the county jail for a period of thirty days.

The record is before us without a statement of facts, in the absence of which the exceptions to the charge cannot be appraised.

No error appearing, the judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.